UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————— X

KEVIN GRACE,

                             Plaintiff(s),

    -against-

ABRAHAM MATTHEWS, SEAN CARROLL, and
RYDER TRUCK RENTAL,

                       Defendant(s).

——————————————————————————— X

NOTICE TO ADVERSE
PARTY OF REMOVAL
OF ACTION UNDER
28 USC §1441(b)

Case #: 08CV1889

TO PLAINTIFF, KEVIN GRACE AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for Southern District of New York on February 26, 2008.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated:      February 28, 2008
              New York, New York

                          Stockschlaeder, McDonald
                          & Sules, P.C.

         By: _____
                          Richard T. Sules (RTS 1665)
                          Attorney for Defendants
                          161 William Street, 19th Floor
                          New York, New York 10038
                          (212) 608-1911

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X

KEVIN GRACE,

                              Plaintiff(s),        AFFIDAVIT OF SERVICE

      -against-

ABRAHAM MATTHEWS, SEAN CARROLL, and          Case #: 08CV1889
RYDER TRUCK RENTAL,

                              Defendant(s).
————————————————————————————X

STATE OF NEW YORK )
                      :ss.
COUNTY OF NEW YORK)

      Joyce Lee-Hawkins, being duly sworn, deposes and says:

      1.  I am over 18 years of age, I am not a party to this
action and I reside at Brooklyn, New York.

      2.  On February 2ᵗʰ, 2008 I served the within Notice to
adverse Party of Removal of Action, Notice of Removal, Demand for
Jury Trial and Rule 7.1 Statement by depositing a true copy
thereof enclosed in a post-paid wrapper, in an official depository
under the exclusive care and custody of the United States Postal
Service within New York State, addressed to the following:

SEE ATTACHED LIST:

                                            _____
                                            Joyce Lee-Hawkins

Sworn to before me on
2ᵗʰ day of February, 2008

_____
      Notary Public
        Richard T. Syles
Notary Public, State of New York
      No. 02SU4987933
   Qualified in New York County
Commission Expires October 28, 2009

2

```
TO:   James W. Badie, Esq.
      Attorney for Plaintiff
      660 White Plains Road, Suite 615
      Tarrytown, NY 10591

      Sean Carroll
      2158 Matthews Avenue
      Bronx, New York 10461

      Ryder Truck Rental
      117 Central Avenue
      Farmingdale, NY 11735
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
KEVIN GRACE,

                          Plaintiff(s),

    -against-

ABRAHAM MATTHEWS, SEAN CARROLL, and          Case #: 08CV1889
RYDER TRUCK RENTAL,

                          Defendant(s).
_____X


===============================================================
NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 USC §1441(b)
===============================================================

**STOCKSCHLAEDER, McDONALD & SULES, P.C.**
**Attorney(s) for: Defendant(s)**
**161 William Street, 19th fl.**
**New York, New York  10038**
**(212) 608-1911**
**File No. 2513.01**


===============================================================
Service of a copy of the within is hereby admitted

                              Dated:
===============================================================

**PURSUANT TO CPLR 2103(5) PLEASE TAKE NOTICE THAT THIS OFFICE DOES
NOT ACCEPT SERVICE OF PAPERS BY ELECTRONIC MEANS.**

4

JS 44C/SDNY
REV. 12/2005

**CIVIL COVER SHEET**    08 CV 1889

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS  KEVIN GRACE | DEFENDANTS  ABRAHAM MATTHEWS, SEAN CARROLL AND RYDER TRUCK RENTAL |
|---|---|
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  James W. Badie, Esq., 660 White Plains Rd., Tarrytown, NY 10591; 914-332-4490 | ATTORNEYS (IF KNOWN)  Stockschlaeder, McDonald & Sules, 161 William St., NY, NY 10038; 212-608-1911; (Def. Abraham Matthews) |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendant(s) pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs

Has this or a similar case been previously filed in SDNY at any time? No ☒ Yes? ☐   Judge Previously Assigned

If yes, was this case Vol ☐ Invol. ☐ Dismissed. No ☒ Yes ☐   If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*          NATURE OF SUIT

ACTIONS UNDER STATUTES

|  | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| **CONTRACT** | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 AGRICULTURE | [ ] 422 APPEAL | [ ] 400 STATE. |
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - | [ ] 620 FOOD & DRUG | 28 USC 158 | REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | MED MALPRACTICE | [ ] 625 DRUG RELATED | [ ] 423 WITHDRAWAL | [ ] 410 ANTITRUST |
| [ ] 130 MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | SEIZURE OF | 28 USC 157 | [ ] 430 BANKS & BANKING |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | PROPERTY |  | [ ] 450 COMMERCE/ICC |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | 21 USC 881 |  | RATES/ETC |
| [ ] 150 RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | [ ] 630 LIQUOR LAWS | **PROPERTY RIGHTS** | [ ] 460 DEPORTATION |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | [ ] 640 RR & TRUCK |  | [ ] 470 RACKETEER INFLU- |
| ENFORCEMENT OF | LIABILITY |  | [ ] 650 AIRLINE REGS | [ ] 820 COPYRIGHTS | ENCED & CORRUPT |
| JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 660 OCCUPATIONAL | [ ] 830 PATENT | ORGANIZATION ACT |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT |  | SAFETY/HEALTH | [ ] 840 TRADEMARK | (RICO) |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 690 OTHER |  | [ ] 480 CONSUMER CREDIT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING |  |  | [ ] 490 CABLE/SATELLITE TV |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | [ ] 380 OTHER PERSONAL | **LABOR** | **SOCIAL SECURITY** | [ ] 810 SELECTIVE SERVICE |
| (EXCL VETERANS) | PRODUCT LIABILITY | PROPERTY DAMAGE |  |  | [ ] 850 SECURITIES/ |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 861 MIA (1395FF) | COMMODITIES/ |
| OVERPAYMENT OF | INJURY | PRODUCT LIABILITY | STANDARDS ACT | [ ] 862 BLACK LUNG (923) | EXCHANGE |
| VETERANS BENEFITS |  |  | [ ] 720 LABOR/MGMT | [ ] 863 DIWC (405(g)) | [ ] 875 CUSTOMER |
| [ ] 160 STOCKHOLDERS SUITS |  |  | RELATIONS | [ ] 863 DIWW (405(g)) | CHALLENGE |
| [ ] 190 OTHER CONTRACT |  |  | [ ] 730 LABOR/MGMT | [ ] 864 SSID TITLE XVI | 12 USC 3410 |
| [ ] 195 CONTRACT PRODUCT |  |  | REPORTING & | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURE ACTS |
| LIABILITY |  |  | DISCLOSURE ACT |  | [ ] 892 ECONOMIC |
| [ ] 196 FRANCHISE |  |  | [ ] 740 RAILWAY LABOR ACT | **FEDERAL TAX SUITS** | STABILIZATION ACT |
|  |  |  | [ ] 790 OTHER LABOR |  | [ ] 893 ENVIRONMENTAL |
|  |  |  | LITIGATION | [ ] 870 TAXES | MATTERS |
|  | **ACTIONS UNDER STATUTES** |  | [ ] 791 EMPL RET INC | [ ] 871 IRS-THIRD PARTY | [ ] 894 ENERGY |
|  |  |  | SECURITY ACT | 20 USC 7609 | ALLOCATION ACT |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  |  | [ ] 895 FREEDOM OF |
|  |  |  |  |  | INFORMATION ACT |
| [ ] 210 LAND CONDEMNATION | [ ] 441 VOTING | [ ] 510 MOTIONS TO |  |  | [ ] 900 APPEAL OF FEE |
| [ ] 220 FORECLOSURE | [ ] 442 EMPLOYMENT | VACATE SENTENCE |  |  | DETERMINATION |
| [ ] 230 RENT LEASE & | [ ] 443 HOUSING | 28 USC 2255 |  |  | UNDER EQUAL ACCESS |
| EJECTMENT | ACCOMMODATIONS | [ ] 530 HABEAS CORPUS |  |  | TO JUSTICE |
| [ ] 240 TORTS TO LAND | [ ] 444 WELFARE | [ ] 535 DEATH PENALTY |  |  | [ ] 950 CONSTITUTIONALITY |
| [ ] 245 TORT PRODUCT | [ ] 445 AMERICANS WITH | [ ] 540 MANDAMUS & OTHER |  |  | OF STATE STATUTES |
| LIABILITY | DISABILITIES - | [ ] 550 CIVIL RIGHTS |  |  | [ ] 890 OTHER STATUTORY |
| [ ] 290 ALL OTHER | EMPLOYMENT | [ ] 555 PRISON CONDITION |  |  | ACTIONS |
| REAL PROPERTY | [ ] 446 AMERICANS WITH |  |  |  |  |
|  | DISABILITIES -OTHER |  |  |  |  |
|  | [ ] 440 OTHER CIVIL RIGHTS |  |  |  |  |

Note: [x] 350 MOTOR VEHICLE is checked.

FEB 26 2008
U.S.D.C. S.D. N.Y.
CASHIERS

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☒ YES ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE STEIN          DOCKET NUMBER 07CIV9589

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| *(PLACE AN x IN ONE BOX ONLY)* | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2a. Removed from State Court<br>☐ 2b. Removed from State Court<br>**AND at least one party is a pro se litigant** | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| *(PLACE AN x IN ONE BOX ONLY)* | BASIS OF JURISDICTION | | | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |
|---|---|---|---|---|
| ☐ 1 U.S. PLAINTIFF | ☐ 2 U.S. DEFENDANT | ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY) | ☒ 4 DIVERSITY | |

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [x] 2 | [x] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

KEVIN GRACE, JACKSONVILLE, FLORIDA, DUVAL COUNTY

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Abraham Matthews, 41 Grant Ave., Stamford, CT, 06902, Fairfield County
Sean Carroll, 2158 Matthews Ave., Bronx, NY 10461; Bronx County
Ryder Truck Rental, 117 Central Ave., Farmingdale, NY, Nassau County

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

| DATE<br>2/26/08<br>RECEIPT # | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT<br>[ ] NO<br>[x] YES (DATE ADMITTED Mo. 12    Yr. 1987  )<br>Attorney Bar Code # |
|---|---|---|

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

KEVIN GRACE,                                      NOTICE OF REMOVAL
                                                  OF ACTION UNDER
                         Plaintiff(s),            28 USC §1441(b)

         -against-


ABRAHAM MATTHEWS, SEAN CARROLL, and
RYDER TRUCK RENTAL,


                         Defendant(s).
_____X

TO THE CLERK OF THE ABOVE ENTITLED COURT:

     PLEASE TAKE NOTICE that defendant, ABRAHAM MATTHEWS, hereby

removes to this Court the State court action described below.

     1.  On or about January 25, 2008 an action was commenced in

the Supreme Court of the State of New York in and for the County

of Bronx entitled KEVIN GRACE, plaintiff, and ABRAM MATTHEWS, SEAN

CARROLL and RYDER TRUCK RENTAL, defendants as Case Number

300712/08.

     2.  The first date upon which defendant ABRAHAM MATTHEWS

received a copy of the said complaint was on or about February 10,

2008.  A copy of the summons and complaint are attached hereto as

Exhibit "A".

     3.  This action is a civil action of which this Court has

original jurisdiction under 28 U.S.C. §1332 and is one which may

be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff is a citizen of Florida and defendant ABRAHAM MATTHEWS is a citizen of Connecticut and defendants SEAN CARROLL and RYDER TRUCK RENTAL are citizens of New York.

Dated:     New York, New York
           February 26, 2008

                              Stockschlaeder, McDonald & Sules,
                              P.C., Esqs.
                              Attorneys for Defendant(s)
                              ABRAHAM MATTHEWS

                   By:        _____
                              Richard T. Sules (RTS-1665)
                              161 William Street, 19th Floor
                              New York, New York 10038
                              (212) 608-1911
                              File No. 2513.01

TO:   James W. Badie, Esq.
      Attorney for Plaintiff
      660 White Plains Road, Suite 615
      Tarrytown, NY 10591
      914-332-4490

      Sean Carroll
      2158 Matthews Avenue
      Bronx, New York 10461

      Ryder Truck Rental
      117 Central Avenue
      Farmingdale, NY 11735

                              2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

KEVIN GRACE,                                          DEMAND FOR
                                                       JURY TRIAL
                              Plaintiff(s),

        -against-


ABRAHAM MATTHEWS, SEAN CARROLL, and
RYDER TRUCK RENTAL,


                              Defendant(s).

_____X


        Defendant ABRAHAM MATTHEWS, hereby demands trial by jury in

this action.


Dated: February 22, 2008
        New York, New York

                              Stockschlaeder, McDonald & Sules,
                              P.C., Esqs.
                              Attorneys for Defendant(s)
                              ABRAHAM MATTHEWS


                    By:  _____
                              Richard T. Sules (RTS-1665)
                              161 William Street, 19th Floor
                              New York, New York 10038
                              (212) 608-1911
                              File No. 2513.01

3

```
TO:    James W. Badie, Esq.
       Attorney for Plaintiff
       660 White Plains Road, Suite 615
       Tarrytown, NY 10591
       914-332-4490

       Sean Carroll
       2158 Matthews Avenue
       Bronx, New York 10461

       Ryder Truck Rental
       117 Central Avenue
       Farmingdale, NY 11735
```

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Case No. 300712/08

KEVIN GRACE,

Plaintiff(s),

-against-

**Rule 7.1 Statement**

ABRAHAM MATTHEWS, SEAN CARROLL, and
RYDER TRUCK RENTAL,

Defendant(s).

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ABRAHAM MATTHEWS (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Dated: February 22, 2008
       New York, New York

Stockschlaeder, McDonald & Sules,
P.C., Esqs.
Attorneys for Defendant(s)
ABRAHAM MATTHEWS

By: _____

Richard T. Sules (RTS-1665)
161 William Street, 19th Floor
New York, New York 10038
(212) 608-1911
File No. 2513.01

5

# EXHIBIT "A"

Abe Fin # 2513

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------X    Index No. 300712/2008
                                                            Date Purchased: 01-25-2008
KEVIN GRACE,
                                                       :    PLAINTIFF DESIGNATES BRONX
                                     Plaintiff,        :    COUNTY AS PLACE OF TRIAL

        -against-                                      :    The basis of the venue is
                                                                place of accident
        ABRAHAM MATTHEWS, SEAN CARROLL,                :
and RYDER TRUCK RENTAL,                                :
                                     Defendants.       :
-------------------------------------------------------X

## SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

        **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to
serve a copy of your answer, or, if the complaint is not served with this summons, to serve a
notice of appearance, on the plaintiff's attorney within 20 days after the service of this
summons, exclusive of the day of service (or within 30 days after the service is complete if
this summons is not personally delivered to you within the State of New York); and in case
of your failure to appear or answer, judgment will be taken against you by default for the
relief demanded in the complaint.

Dated: January 7, 2008

                                        James W. Badie
                                        *Attorney for Plaintiff KEVIN GRACE*
                                        660 White Plains Road, Suite 615
                                        Tarrytown, New York 10591
                                        Telephone: (914) 332-4490

Defendants' Address:

ABRAHAM MATTHEWS          SEAN CARROLL              RYDER TRUCK RENTAL
41 Grant Avenue           2158 Matthews Avenue      117 Central Avenue
Stamford, CT 06902        Bronx, NY 10461           Farmingdale, NY 11735

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------X

KEVIN GRACE,

                          Plaintiff,

                                          **INDEX NO.** 300712/2008

    -against-

ABRAHAM MATTHEWS, SEAN CARROLL,   :     <u>VERIFIED COMPLAINT</u>
and RYDER TRUCK RENTAL,

                           Defendants.
--------------------------------------------------------------X

          Plaintiff, KEVIN GRACE, by his attorney, James W. Badie, complaining of

the Defendants, respectfully alleges as follows:

## AS AND FOR A FIRST CAUSE OF ACTION
ALLEGING NEGLIGENCE AND GROSS AND WANTON CONDUCT IN THE
<u>OPERATION OF AUTOMOBILE B.Y DEFENDANT ABRAHAM MATTHEWS</u>

       1.     At all times relevant herein, Plaintiff was a resident of the Town of

Bloomfield, County of Hartford, State of Connecticut and is now a resident of the

City of Jacksonville, County of Duval, State of Florida.

       2.     Upon information and belief, and at all times relevant herein,

Defendant ABRAHAM MATTHEWS, was and still is a resident of the City of

Stamford, County of Fairfield, State of Connecticut.

3.     Upon information and belief, and at all times relevant herein, Defendant SEAN CARROLL, was and still is a resident of the City of New York, County of Bronx, State of New York.

4.     Upon information and belief, and at all times relevant herein, Defendant RYDER TRUCK RENTAL was and still is a domestic corporation organized and existing under the laws of the State of New York, is licensed to do business in the State of New York, and is doing business in the State of New York.

5.     Upon information and belief, and at all times relevant herein, Defendant ABRAHAM MATTHEWS was the owner of a certain automobile, to wit, Jeep Liberty, bearing Connecticut State License Plate No. 242UPU, for the year 2006 (hereinafter "Jeep Liberty Vehicle").

6.     Upon information and belief, and at all times relevant herein Defendant, SEAN CARROLL was the operator of an Isuzu Utility Vehicle, bearing New York State License Plate No. 87475JV, for the year 2007 (hereinafter "Isuzu Utility Vehicle").

7.   At all times relevant herein Plaintiff KEVIN GRACE was lawfully a passenger in the Isuzu Utility Vehicle which was being operated, managed and controlled by the Defendant SEAN CARROLL.

8.   At all times relevant herein, the New England Thruway was and still is a public thoroughfare, in general use, running in the south-north direction in the City of New York, County of Bronx, State of New York.

9.   On or about June 18, 2007 at about 4:00 p.m., the said Isuzu Utility Vehicle which was being operated, managed and controlled by Defendant SEAN CARROLL collided with said Jeep Liberty Vehicle which was being operated, managed and controlled by Defendant ABRAHAM MATTHEWS. A copy of the Police Accident Report is annexed hereto as Exhibit "A".

10.   The aforesaid contact and collision was caused solely as the result of the negligence of Defendant ABRAHAM MATTHEWS without any fault or negligence of the Plaintiff contributing thereto in any manner.



11.    Defendant ABRAHAM MATTHEW was negligent in, among other things: (a) operating said Jeep Liberty Vehicle at high and dangerous rate of speed; (b) operating said Jeep Liberty Vehicle without having the same under proper or adequate control; (c) failing to sound a horn or give the Plaintiff any warning of the approach of his Jeep Liberty Vehicle; (e) failing to reduce its speed in time to avoid striking the Isuzu Utility Vehicle in which Plaintiff was a passenger; and (f) failing to have proper lookout or to take proper precautions to avoid collision with the Isuzu Utility Vehicle, which was lawfully parked on the shoulder of said New England Thruway.



12.    As a result of the aforesaid collision, Plaintiff KEVIN GRACE sustained serious personal injuries, was hospitalized and rendered sick, sore and lame, has suffered, and upon information and belief, will continue to suffer for a long time to come, and at least some of said injuries may be permanent.



13.    As a result of the injuries to the Plaintiff as aforesaid, Plaintiff has been damaged in the sum of ONE MILLION DOLLARS ($1,000,000.00).

4

## AS AND FOR A SECOND CAUSE OF ACTION
## FOR NEGLIGENCE AGAINST THE DEFENDANT SEAN CARROLL

14.    Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 13 of this Verified Complaint as if the same were fully set forth herein.

15.    Upon information and belief, on or about June 18, 2007, Defendant SEAN CARROLL was negligent in the operation, management and control of the said Isuzu Utility Vehicle.

16.    As a result of said negligence of the Defendant SEAN CARROLL as aforesaid Plaintiff suffered serious personal injuries.

17.    By reason of the foregoing, Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

## AS AND FOR A THIRD CAUSE OF ACTION
## FOR NEGLIGENT TRANSFER AND ENTRUSTMENT OF AUTOMOBILE
## BY THE DEFENDANT RYDER TRUCK RENTAL
## <u>TO THE DEFENDANT SEAN CARROLL</u>

18.   Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 17 of this Verified Complaint as if the same were fully set forth herein.



19.   Upon information and belief, on or about June 18, 2007, the Defendant RYDER TRUCK RENTAL transferred and entrusted the said Isuzu Utility Vehicle to the Defendant SEAN CARROLL.

20.   As a result of said transfer and entrustment of said Isuzu Utility Vehicle as aforesaid Plaintiff suffered serious personal injuries.

21.   By reason of the foregoing, Plaintiff has been damaged in the amount of ONE MILLION DOLLARS ($1,000,000.00).

6

**WHEREFORE,** Plaintiff demands judgment against the Defendants, jointly and severally, as prayed for in this Verified Complaint, for costs and expenses of this action, and for any other and additional relief as this Court deems just and proper.

Yours, etc.

Dated: Tarrytown, New York
       January 7, 2008

James W. Badie
Attorney for Plaintiff
660 White Plains Road, Suite 615
Tarrytown, New York 10591
Telephone: (914) 332-4490

7

## INDIVIDUAL VERIFICATION

COUNTY OF ___Hartford___ )
                                                    .ss:
STATE OF _____CT_____ )

     I, Kevin Grace, being duly sworn, deposes and says: I am the plaintiff in this action; I have read the foregoing Verified Complaint and know the contents thereof; the same is true to my own knowledge, except as to the matters herein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

_____
Kevin Grace

Sworn to before me this
__7__ day of __January__, 2008

_____
Notary Public

OFFICIAL SEAL
Notary Public, Connecticut
Hartford County
TUNDE IVAN
My Commission Expires November 30, 2009

*[handwritten: 013087731]*
*[handwritten: 800 277-3140]*
*[handwritten: 888 863-4565]*
*[handwritten: File 25B]*
*[handwritten: Stock, Schroeder or DR ?]*
*[handwritten: Sales 209]*
*[handwritten: 212-608-1911]*
*[handwritten: 212-608-2121]*

Index No.    300712    Year    2008

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

KEVIN GRACE,

                                   Plaintiff,

        -against-

ABRAHAM MATTHEWS, SEAN CARROLL,
and RYDER TRUCK RENTAL,

                                   Defendants.

---

## SUMMONS and VERIFIED COMPLAINT

### James W. Badie
*Attorney for Plaintiff KEVIN GRACE*
**Office and Post Office Address, Telephone**
**660 White Plains Road, Suite 615**
**Tarrytown, New York 10591**
**(914) 332-4490**

TO                                          Signature (Rule 130-1.1-a)

                                            Print name beneath

Attorney(s) for

Service of a copy of the within                    is hereby admitted.
Dated,

                                            Attorney(s) for

**Please take notice**
□ NOTICE OF ENTRY
that the within is a true copy of a
duly entered in the office of the clerk of the within named court on
□ NOTICE OF SETTLEMENT
that an order                of which the within is a true copy will be presented  for            of
the within named court, at         at
Dated;

                        Yours, etc.
                    **James W. Badie**
          **Office and Post Office Address**
          **660 White Plains Road, Suite 615**
             **Tarrytown, New York 10591**
              **Telephone: (914) 332-4490**
              **Facsimile: (212) 244-1364**
          **Email: badielaw@worldnet.att.net**

CONTROLLED DOCUMENT
DO NOT ALTER

**New York State Department of Motor Vehicles**
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)

Page 1 of Pages
Precinct 47
Accident No. 1582

☐ AMENDED REPORT

| Accident Date Month 18 Year 07 | Day of Week MON | Military Time 1601 | No. of Vehicles 2 | No. Injured 03 | No. Killed 0 | ☐ Not Investigated at Scene |
|---|---|---|---|---|---|---|

### VEHICLE 1
- Owner
- License ID Number: 034244119    State of Lic. CT
- Driver Name exactly as printed on license: Mathews, ABRAHAM
- Address (Number & Street): 41 Grant Ave    Apt. No.
- City or Town: Stamford    State: CT    Zip Code: 06902
- Name exactly as printed on registration: SAME

### VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN
- Owner
- License ID Number: 507010176    State of Lic. NY
- Driver Name exactly as printed on license: CARROLL, SEAN
- Address (Number & Street): 2158 Mathews Ave    Apt. No.
- City or Town: BRONX    State: NY    Zip Code: 10461
- Date of Birth: 11/18/86    Sex: M    No. of Occupants: 2
- Name exactly as printed on registration: Ryder Truck Rental
- Address (Number & Street): 111 Central Ave
- City or Town: Farmingdale    State: NY    Zip Code: 11735

| Plate Number 040PU | State of Reg. CT | Vehicle Year & Make 06 Jeep | Vehicle Type SUBN MA |
| Plate Number 4LUB3V | State of Reg. NY | Vehicle Year & Make 01 Isuzu | Vehicle Type UTIL 39 |

### VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact: 3
Box 2 - Most Damage: 3
Enter up to three more Damage Codes: 8 1 6
Vehicle Towed: by Universe Tow  To Universe Tow

### VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact: 9
Box 2 - Most Damage: 9
Enter up to three more Damage Codes: 8 4 5
Vehicle Towed: by Universe Tow  To Universe Tow

**ACCIDENT DIAGRAM**

← N-7

Place Where Accident Occurred: ☒ BRONX  ☐ KINGS  ☐ NEW YORK  ☐ QUEENS  ☐ RICHMOND
Road on which accident occurred: STB NEW ENGLAND THRUWAY
at 1) Intersecting street:
or 2) 1/10 ☐N ☐S ☒E ☐W of TURN-AROUND

Reference Marker: 951 I / XIIm2 / 2101

Cost of repairs to any one vehicle will be more than $1000. ☐ Unknown/Unable to Determine  ☐ Yes  ☐ No

**Accident Description/Officer's Notes**: OPP #1 states he was in the (RL) when he might have blacked out, causing his veh to veer Rt + strike veh #2 parked on Rt shoulder. OPP #2 states his veh ran out of gas and was parked on the Rt shoulder when he was struck in the rear. Passin veh #2 was exiting veh at time of impact.

| | Name of all Involved | | | Age | Sex | | | By | | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | M | 8 | 6 | EMS | 1003 | Mathews, Abraham | | | |
| B | 3 | 28 | M | 16 | 6 | EMS | 1003 | Carroll, Sean | | |
| C | 3 | 26 | M | 16 | 6 | EMS | 1003 | Kevin Grace | | |

Officer's Rank: P.O.
Signature: Primus
NCIC No. 03030    Precinct 47    Post/Sector 1010

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front)

| A Last Name | First | M.I. | D Last Name | First | M.I. |
|---|---|---|---|---|---|
| matthews ABRaham | | | | | |

| Address | | | Address | |
|---|---|---|---|---|
| 41 Grant Ave Stamford ci | | | | |

| Date of Birth Month | Day | Year | Telephone (Area Code) | Date of Birth Month | Day | Year | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| 11 | 29 | 46 | | | | | |

| B Last Name | First | M.I. | E Last Name | First | M.I. |
|---|---|---|---|---|---|
| Carroll Sean | | | | | |

| Address | | | Address | |
|---|---|---|---|---|
| 2758 matthews Ave Bxny | | | | |

| Date of Birth Month | Day | Year | Telephone (Area Code) | Date of Birth Month | Day | Year | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| 11 | 20 | 78 | | | | | |

| C Last Name | First | M.I. |
|---|---|---|
| Grace Kevin | | |

| Address |
|---|
| 12 Ranfrein Lane Bromfrein ci |

Highway Dist. at Scene?  ☑ Yes  ☐ No
Name: Komis

| Date of Birth Month | Day | Year | Telephone (Area Code) |
|---|---|---|---|
| 11 | 19 | 80 | |

Shield No. 10637

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  N/A

Expiration Date

VIN 1J4GK48K66W268315

Vehicle No. 2  TRuvelers Ins. (Rental)

Expiration Date

VIN JALC4B16X77001592

**WITNESS (Attach separate sheet, if necessary)**

| Name | Address | Phone |
|---|---|---|
| None on Scene | | |

**DUPLICATE COPY REQUIRED FOR:**

☑ Dept. of Motor Vehicles
(If anyone is killed/injured)

☐ Motor Transport Division
(P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm.
(If a Licensed taxi or limousine involved)

☐ Other City Agency
(Specify)

☐ Office of Comptroller
(If a City vehicle involved)

☐ Personnel Safety Unit
(If a P.D. vehicle involved)

☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

P.D. Samuel (203) 853-9376 @ 1740hrs.

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment In Use At Time of Accident

☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal _____
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (SRM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GRACE,

                         Plaintiff(s),

     -against-


ABRAHAM MATTHEWS, SEAN CARROLL, and
RYDER TRUCK RENTAL,


                    Defendant(s).

NOTICE OF REMOVAL OF ACTION
UNDER 28, U.S.C. §1441 (B) (DIVERSITY) and JURY DEMAND


STOCKSCHLAEDER, McDONALD & SULES, P.C.
Attorney(s) for: Defendant(s)
161 William Street, 19th fl.
New York, New York  10038
(212) 608-1911
File No. 2513.01

Service of a copy of the within is hereby admitted

                              Dated:

PURSUANT TO CPLR 2103(5) PLEASE TAKE NOTICE THAT THIS OFFICE DOES
NOT ACCEPT SERVICE OF PAPERS BY ELECTRONIC MEANS.

9