«^AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08 CV 1889 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiff KEVIN GRACE

1 certify that I am admitted to practice in this court.

| Date | Signature |
| --- | --- |
| | James W. Badie                6961 |
| | Print Name                Bar Number |
| | 660 White Plains Road, Suite 615 |
| | Address |
| | **Tarrytown,**          NY                10591 |
| | City          State          Zip Code |
| | (914) 332-4490          (212)244-1364 |

Phone Number                                                                                         Fax Number

Phone Number                                                                                         Fax Number