USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KEVIN GRACE,                           :         08 Civ. 1889 (SHS)

                Plaintiff,              :

     -against-                       :         ORDER

ABRAHAM MATTHEWS, *ET AL.*,            :

                Defendants.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present, except counsel for defendant Sean Carroll,

     IT IS HEREBY ORDERED that:

     1.     There will be a pretrial conference on June 27, 2008, at 10:30 a.m.;

     2.     The last day for completion of fact discovery, including all depositions and document requests and independent medical examinations is June 27, 2008; and

     3.     If there are any discovery disputes, the parties shall notify the Court early enough so that the dispute can be resolved and the discovery taken before the close of discovery.

Dated: New York, New York
         April 8, 2008

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.