UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Kevin Grace

                              Plaintiff,

           -against-

Abraham Matthews, Sean Carroll and
Ryder Truck Rental     Defendant.
------------------------------------------------------------x

08 CIVIL 1889 (SHS)

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: James W. Badie

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 6961

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** 660 White Plains Road, Suite 615, Tarrytown, NY 10591

☑ **Telephone Number:** (914) 332-4490

☑ **Fax Number:** (212) 244-1364

☐ **E-Mail Address:** badielaw@worldnet.att.net

Dated: 4.9.08