April 10, 2008

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY  10007

    Re:   <u>Kevin Grace v. Abraham Matthews, Sean Carroll, et al.</u>
           08 CIV 1889

Dear Judge Stein:

    Please let this letter serve as a notice of appearance of this firm as counsel for defendant Sean Carroll.

    Please also accept the attached stipulation for the Court's signature. It extends the time for us to answer to April 30, 2008 and has been signed by plaintiff's counsel.

    As you recall, this case was removed to federal court. The stipulation carries the former index number from Bronx County Supreme Court.

    I thank the Court for considering this application.

                                      Respectfully submitted.

                                      MURPHY & HIGGINS LLP

                        By: _____
                            Daniel M. Schiavetta, Jr. (DS 0319)

Attachment

# MURPHY & HIGGINS, LLP

ATTORNEYS AT LAW

CORPORATE TOWER

ONE RADISSON PLAZA

NEW ROCHELLE, NY 10801

MH@MURPHY-HIGGINS.COM

TEL: 914-712-1100

FAX: 914-000-0012

April 9, 2008

<u>By fax – (212) 244-1364</u>

James W. Badie, Esq.
521 Fifth Avenue, Siute 3300
New York NY 10175

Re: <u>Kevin Grace v. Abraham Matthews et al.</u>

Dear Mr. Badie:

We have been retained to appear for defendant Sean Carroll in the above case, currently removed to federal court.

This is to respectfully request an extension of time to April 30, 2008 to answer the Complaint. We will waive any defense based upon failure to effect proper service. Please sign below and fax back. I will then apply to Judge Stein to have this so-ordered. Thank you for your courtesy.

Sincerely,

MURPHY & HIGGINS LLP

By: _____
Dan Schiavetta, Jr.

Agreed:

_____
Attorney for Plaintiff