UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KEVIN GRACE,                                             08 CIV 1889 (SHS)

                Plaintiff,

   -against-                                            **ANSWER**

ABRAHAM MATTHEWS, SEAN CARROLL
and RYDER TRUCK RENTAL,

                Defendants.
-------------------------------------------------------X

     Defendant Sean Carroll, by his attorneys Murphy & Higgins LLP, answer the Complaint as follows:

### As to First Cause of Action

1. Denies knowledge or information sufficient to form a belief as to the allegations in paragraphs "1", "2", "4", "5" and "6".

2. Admits the allegations in paragraph "3", "6", "7", "8", "9" and "10".

3. Denies the allegations in paragraph "8" in the form alleged, and refers all matters therein for judicial notice to the Court.

4. Denies the allegations in paragraphs "11", "12" and "13".

### As to Second Cause of Action

5. Denies the allegations in paragraphs "15", "16" and "17".

### As to Third Cause of Action

6. Admits the allegations in paragraph "19".

7. Denies the allegations in paragraph "20" and "21".

### First Affirmative Defense

8. Plaintiff did not sustain a "serious injury" as defined in the New York Insurance Law.

### Second Affirmative Defense

9. Plaintiff's injuries, if any, were due to his own negligence, assumption of risk, or culpable conduct.

### Third Affirmative Defense

10. Any amounts plaintiff may recover will be offset in accordance with CPLR §4545.

### Cross-Claim Against Abraham Matthews and Ryder Truck Rental

11. Any injuries sustained by plaintiff were due to the negligence, recklessness or other culpable conduct of defendants Abraham Matthews and Ryder Truck Rental, who are liable to answering defendant under the theories of common law contribution or indemnification.

WHEREFORE, the undersigned defendant demands judgment dismissing this action, together with costs, disbursements and attorney's fees.

Dated:   New Rochelle, New York
         April 14, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Daniel M. Schiavetta, Jr. (DS 0319)
　　　　　　　　　　　　　　　　　　　　　　　　MURPHY & HIGGINS LLP
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　SEAN CARROLL
　　　　　　　　　　　　　　　　　　　　　　　　One Radisson Plaza, 9th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New Rochelle, New York 10801
　　　　　　　　　　　　　　　　　　　　　　　　(914) 712-1100

TO:   JAMES W. BADIE
Attorney for Plaintiff
660 White Plains Road, Suite 615
Tarrytown, NY  10591
(914) 332-4490