**MURPHY & HIGGINS, LLP**
ATTORNEYS AT LAW
CORPORATE TOWER
ONE RADISSON PLAZA
NEW ROCHELLE, NY 10801
MH@MURPHYHIGGINS.COM

TEL: 914-713-1700
FAX: 914-632-0512

[RECEIVED APR 11 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/14/08]

April 9, 2008

By fax - (212) 244-1364

James W. Badie, Esq.
521 Fifth Avenue, Suite 3300
New York NY 10175

MEMO ENDORSED

Re: Kevin Grace v. Abraham Matthews et al., 08 Civ 1889 (SHS)

Dear Mr. Badie:

We have been retained to appear for defendant Sean Carroll in the above case, currently removed to federal court.

This is to respectfully request an extension of time to April 30, 2008 to answer the Complaint. We will waive any defense based upon failure to effect proper service. Please sign below and fax back. I will then apply to Judge Stein to have this so-ordered. Thank you for your courtesy.

Sincerely,

MURPHY & HIGGINS LLP

By: *Dan Schiavetta*
Dan Schiavetta, Jr.

Agreed:

*[signature]*
Attorney for Plaintiff

SO ORDERED 4/11/08

*[signature]*
SIDNEY H. STEIN
U.S.D.J.