UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KEVIN GRACE,                              08 CIV 1889 (SHS)

              Plaintiff(s),

  -against-                              ANSWER TO CROSS-CLAIM

ABRAHAM MATTHEWS, SEAN CARROLL and
RYDER TRUCK RENTAL,

              Defendant(s).
----------------------------------------X

    Defendant(s), ABRAHAM MATTHEWS, by his attorney, STOCKSCHLAEDER, MCDONALD & SULES, P.C. answering to the Cross-Claim of the Defendant(s), SEAN CARROLL, denies each and every allegation contained within the Cross-Claim.

    WHEREFORE, Defendant(s), ABRAHAM MATTHEWS, demands judgment dismissing the Cross-claim in its entirety together with costs of suit and fees.

Dated:    New York, New York
          April 16, 2008

                            Stockschlaeder, McDonald
                            & Sules, P.C.
                            Attorneys for Defendant
                            ABRAHAM MATTHEWS

            By:   _____
                  RICHARD T. SULES (RTS 1665)
                  161 William Street, 19th Floor
                  New York, New York 10038
                  (212) 608-1911
                  File No. 2513.01

TO: Murphy & Higgins, LLP
    Attorneys for Defendant Sean Carroll
    One Radisson Plaza, 9th Floor
    New Rochelle, New York 10801
    914-712-1100

    James W. Badie, Esq.
    Attorney for Plaintiff
    660 White Plains Road, Suite 615
    Tarrytown, NY 10591
    914-332-4490

    Wilson, Bave, Conboy, Cozza & Couzens, P.C.
    Attorney for Ryder Truck Rental
    Two William Street
    White Plains, NY 10601
    914-686-9010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

KEVIN GRACE,                                              08 CIV 1889 (SHS)
                                Plaintiff(s),

        -against-                                         AFFIDAVIT OF SERVICE

ABRAHAM MATTHEWS, SEAN CARROLL and
RYDER TRUCK RENTAL,
                                Defendant(s).
------------------------------------X

STATE OF NEW YORK )
                  :ss.
COUNTY OF NEW YORK )

   Joyce Lee-Hawkins, being duly sworn, deposes and says:

   1. I am over 18 years of age, I am not a party to this action and I reside in Brooklyn, New York

   2. On April 17, 2008 I served the within Answer to Cross-claim by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service at New York, New York, addressed to the following:

TO:   Murphy & Higgins, LLP
      Attorneys for Defendant Sean Carroll
      One Radisson Plaza, 9th Floor
      New Rochelle, New York 10801

      James W. Badie, Esq.
      Attorney for Plaintiff
      660 White Plains Road, Suite 615
      Tarrytown, NY 10591

      Wilson, Bave, Conboy, Cozza & Couzens, P.C.
      Attorney for Ryder Truck Rental
      Two William Street
      White Plains, NY 10601

                                                    _____
                                                    Joyce Lee-Hawkins

Sworn to before me on
17 day of March, 2008

_____
   Notary Public
     Richard T. Sules
Notary Public, State of New York
    No. 02SU4987933
  Qualified in New York County
Commission Expires October 28, 2009

3

08 CIV 1889 (SHS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===

KEVIN GRACE,

                    Plaintiff(s),

  -against-


ABRAHAM MATTHEWS, SEAN CARROLL and
RYDER TRUCK RENTAL,

                    Defendant(s).
===

ANSWER TO CROSS-CLAIM
===

        **STOCKSCHLAEDER McDONALD & SULES, P.C.**
        Attorney(s) for Defendant: ABRAHAM MATTHEWS
        Office and Post Office Address
        **161 WILLIAM STREET, 19TH FL.**
        **NEW YORK, NEW YORK 10038**
        Tel. No. (212) 608-1911
        File No. 2513.01

**PLEASE TAKE NOTICE** that pursuant to CPLR 2103(5) this office does <u>not</u> accept service of papers by electronic means (fax).