UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KEVIN GRACE,                                          08 CIV 1889 (SHS)

           Plaintiff,

  -against-                                         **ANSWER**

ABRAHAM MATTHEWS, SEAN CARROLL
and RYDER TRUCK RENTAL,

           Defendants.
------------------------------------------------------X

    Defendant Sean Carroll, by his attorneys Murphy & Higgins LLP, answer the Complaint as follows:

### As to First Cause of Action

1.    Denies knowledge or information sufficient to form a belief as to the allegations in paragraphs "1", "2", "4", "5" and "6".

2.    Admits the allegations in paragraph "3", "6", "7", "8", "9" and "10".

3.    Denies the allegations in paragraph "8" in the form alleged, and refers all matters therein for judicial notice to the Court.

4.    Denies the allegations in paragraphs "11", "12" and "13".

### As to Second Cause of Action

5.    Denies the allegations in paragraphs "15", "16" and "17".

### As to Third Cause of Action

6.    Admits the allegations in paragraph "19".

7.    Denies the allegations in paragraph "20" and "21".

### First Affirmative Defense

8. Plaintiff did not sustain a "serious injury" as defined in the New York Insurance Law.

## Second Affirmative Defense

9. Plaintiff's injuries, if any, were due to his own negligence, assumption of risk, or culpable conduct.

## Third Affirmative Defense

10. Any amounts plaintiff may recover will be offset in accordance with CPLR §4545.

## Fourth Affirmative Defense

11. At the time of the alleged accident plaintiff and answering defendant were co-employees in the course of their employment.

12. Plaintiff's claims are therefore barred by New York Worker's Compensation Law §29(6).

## Cross-Claim Against Abraham Matthews and Ryder Truck Rental

13. Any injuries sustained by plaintiff were due to the negligence, recklessness or other culpable conduct of defendants Abraham Matthews and Ryder Truck Rental, who are liable to answering defendant under the theories of common law contribution or indemnification.

WHEREFORE, the undersigned defendant demands judgment dismissing

this action, together with costs, disbursements and attorney's fees.

Dated:   New Rochelle, New York
         April 25, 2008

                                                                                      _____
                                                    Daniel M. Schiavetta, Jr. (DS 0319)
                                                    MURPHY & HIGGINS LLP
                                                    Attorneys for Defendant
                                                    SEAN CARROLL
                                                    One Radisson Plaza, 9th Floor
                                                    New Rochelle, New York 10801
                                                    (914) 712-1100

TO:   JAMES W. BADIE
      Attorney for Plaintiff
      660 White Plains Road, Suite 615
      Tarrytown, NY  10591
      (914) 332-4490