06/26/2008 16:01 191463305120 MURPHY @ HIGGINS LLP PAGE 02/02
06/26/2008 15:28 FAX 8960873
03 15:12 JAMES W BADIE ESQ 12122441364 >> 8860873

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------x
KEVIN GRACE,

              Plaintiff,

-against-

ABRAHAM MATTHEWS, SEAN CARROLL
and RYDER TRUCK RENTAL,

              Defendant(s).
-----------------------------------x

08 CIV 1889 (SHS)

Voluntary Discontinuance as to
Defendant Ryder Truck Rental
Pursuant to Rule 41(a)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above entitled action is discontinued with prejudice as against defendant, RYDER TRUCK RENTAL, including any and all cross-claims and/or counterclaims, and without costs to any party as against any other.

IT IS FURTHER STIPULATED AND AGREED, that once fully signed, this stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 3, 2008

_____
JAMES W. BADIE
Attorneys for Plaintiff
660 White Plains Road, Suite 615
Tarrytown, New York 10591
(212) 244-1364

By: _____
Richard Thomas Sules, Esq.
STOCKSCHLAEDER, McDONALD & SULES
Attorneys for Defendant
ABRAHAM MATTHEWS
161 William Street, 19th Floor
New York, New York 10038
(212) 608-2121

_____
James A. Rogers, Esq.
WILSON, BAVE CONBOY, COZZA &
COUZENS, P.C.
Attorneys for Defendant
RYDER TRUCK RENTAL, INC.
Two William Street
White Plains, New York 10601

_____
Daniel M. Schiavetta, Jr. (DS 0319)
MURPHY & HIGGINS
Attorneys for Defendant
SEAN CARROLL
One Radisson Plaza, 9th Floor
New Rochelle, New York 10801
(914) 633-0512

SO ORDERED 6/27/08

_____
SIDNEY H. STEIN
USDJ

Page 2/2