UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KEVIN GRACE,                          :         08 Civ. 1889 (SHS)

                    Plaintiff,        :

        -against-                     :         ORDER

ABRAHAM MATTHEWS, *ET AL.*,           :

                    Defendants.       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   A pretrial conference having been held today, with counsel for all parties present,

   IT IS HEREBY ORDERED that the next pretrial conference is scheduled for

September 12, 2008, at 10:30 a.m.

Dated: New York, New York
   June 27, 2008

           SO ORDERED:

           _____
           Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08